**No. 57609.**—The American Import Company et al. *v.* United States, protests 200926–K, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of articles in chief value of glass beads the same in all material respects as those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiffs was sustained.